IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EDWARD DEAN WILLIAMS, ANTONIO CORELL SHANNON, and EMMANUEL CHARLES KUOT,<br><br>　　　　　Defendants. | **4:20CR3130**<br><br>**ORDER** |

　　　Defendant Williams has moved to continue the pretrial motion deadline and trial setting, (Filing No. 45), because this case is complex, requiring further investigation and review of the many documents and witnesses. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

　　　IT IS ORDERED:

1)　Defendant Williams' motion to continue, (Filing No. 45), is granted.

2)　As to all defendants,, pretrial motions and briefs shall be filed on or before January 21, 2022.

3)　As to all defendants, trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge,  in Courtroom 1, United States Courthouse, Lincoln, Nebraska,  at 9:00 a.m. on April 18, 2022, or as soon thereafter as the case may be called, for a duration of fifteen (15)  trial days.  Jury selection will be held at commencement of trial.

4)　The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and

April 18, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 18th day of November, 2021.

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge