IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>EDWARD DEAN WILLIAMS, ANTONIO CORELL SHANNON, and EMMANUEL CHARLES KUOT,<br><br>    Defendants. | 4:20CR3130<br><br>ORDER |

  Defendant Williams has moved to continue the pretrial motion deadline, (Filing No. 47), because Defendant and defense counsel need additional time to fully review the discovery received and confer with the government's counsel regarding the complex and voluminous discovery before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

1)  Defendant's motion to continue, (Filing No. 47), is granted.

2)  As to all defendants,, pretrial motions and briefs shall be filed on or before March 7, 2022.

3)  As to all defendants, trial of this case remains set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on April 18, 2022, or as soon thereafter as the case may be called, for a duration of 15 trial days. Jury selection will be held at commencement of trial.

4)  The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and March 7, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 20th day of January, 2022.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge