IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD DEAN WILLIAMS, ANTONIO CORELL SHANNON, and EMMANUEL CHARLES KUOT,<br><br>    Defendants. | 4:20CR3130<br><br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Defendants' oral motion to set a pretrial motion deadline is granted.

2) As to all defendants, pretrial motions and briefs shall be filed on or before December 1, 2022

3) As to all defendants, trial of this case will be set after any potential pretrial motions have been resolved.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and December 1, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

September 6, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge